## Mingarelli Unemployment Compensation Case.

Argued November 13, 1968. *Nellie S. Mingarelli,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Pfister, Appellant, v. Fish.

Argued November 12, 1968. *Will J. Schaaf,* with him *Marsh, Spaeder, Baur, Spaeder & Schaaf,* for appellant; *John M. Wolford,* with him *Dunn, Wolford & Sesler,* for appellee.

Judgment affirmed.